1001

[No. 9477-1-II.  Division Two.  August 14, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT J. CAWYER, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 84-1-00094-4, Gary W. Velie, J., entered December 23, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 9899-7-II.  Division Two.  August 14, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. SKILFUL HOWARD DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 85-1-00616-0, James D. Ladley, J., entered April 10, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Alexander, J.

[No. 9972-1-II.  Division Two.  August 14, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. SUZIE WRIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-1-01953-1, Waldo F. Stone, J., entered May 23, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.